# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No.4:20-cr-00204-RGE-HCA |
| v. | ) |
| JASON RAY TINGLEY, | ) WAIVER OF INTERSTATE AGEEMENT ON DETAINERS RIGHTS |
| Defendant. | ) |

1. At the time of my indictment, and until I was transferred to federal custody on a writ of habeas corpus *ad prosequendum*, I was in the custody of the Iowa Department of Corrections - Newton Correctional Facility. I request that I return to state custody, rather than remain in federal custody, while the federal case proceeds. I wish to return to state custody so that I will be able to maintain continuity in the programs and services afforded by service of my state sentence. I recognize that I may not receive credit against any eventual federal sentence for any time during which I am in state custody that is not credited toward my federal sentence.

2. I have fully discussed with my attorney my rights under the Interstate Agreement on Detainers, which include the following:

   a. I have the right under Article IV, Section (c) of the Agreement to be tried on the pending federal charge within 120 days of the commencement of my federal custody.

1

b. I have the right under Article IV, Section (e) of the Agreement to the completion of the federal process following my arraignment in this case, without any intervening returns to the custody of the State of Iowa.

c. Under 18 U.S.C. App. II, § 9(2), it is not a violation of the agreement on detainers if prior to trial I am returned to state custody pursuant to a court order after reasonable notice and opportunity for a hearing.

3. By waiving my rights under the Interstate Agreement on Detainers I understand that:

a. I will not later be able to argue that I was not tried on the pending federal charge within 120 days of the initial commencement of federal custody in this case or that the proceedings in this case were otherwise delayed in violation of the Agreement.

b. if I am convicted on the federal charges, I will not be able to ask a court to overturn my conviction because I was returned to state custody before completion of the federal process in this case.

c. at the scheduled time for trial or as is necessary for other proceedings, I will be returned to federal custody to appear before this court.

I know that I am free to change or delete anything contained in this statement which is incorrect. I do not wish to make any changes because all the statements are correct. After reviewing all of the foregoing, I request to return to state custody at this time, and I waive the above-mentioned rights under the Interstate Agreement on Detainers as well as any defense to the charges against me in this federal case or any resulting sentence and judgment based on the Interstate Agreement on Detainers. I believe it is in my best interest to return to state custody at this time.

Date: 10-8-21                                    *(signature)*
                                                 JASON RAY TINGLEY

I certify that I have discussed this waiver form with the Defendant, that I have fully explained the Defendant's rights regarding this issue, and that I have assisted the Defendant in completing this form. I believe that the Defendant understands these rights and this statement. I believe the Defendant is knowingly and voluntarily waiving his rights under the Interstate Agreement on Detainers.

Date: 10/13/202                                  *(signature)*
                                                 PAUL ROSENBERG
                                                 ATTORNEY FOR DEFENDANT


PAUL ROSENBERG, P.C.
666 Grand Avenue, Suite 921
Des Moines, Iowa 50309
Telephone (515) 245-3828
Fax (515) 247-2207
Email: prosenlaw@aol.com

By: __/s/ Paul Rosenberg__
PAUL ROSENBERG (AT0006689)
ATTORNEY FOR DEFENDANT

**Copy to:**
Jason Ray Tingley

## Certificate of CM/ECF Service

I hereby certify on October 13, 2021 I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Iowa by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Defendant has been served by U.S. Mail at his above address on October 13, 2021.

/s/ Paul Rosenberg