IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JASON RAY TINGLEY,<br><br>Defendant. | 4:20-cr-00204-RGE-HCA<br><br>ORDER |

This matter comes before this Court upon the Defendant's request to be returned to state custody at Newton, Iowa, pending disposition of federal charges and waiver of rights under the Interstate Agreement on Detainers [45], [49]. The government does not resist the motion. After consideration of this matter, this Court FINDS:

1. Defendant Jason Ray Tingley has reviewed with his attorney his rights under the Interstate Agreement on Detainers and with regard to speedy disposition of this case. The Defendant fully understands these rights and has knowingly and voluntarily waived his right to be maintained in federal custody pending the final disposition of this matter and his right to trial within any time period specified in the Agreement or otherwise to base any defense on the Agreement.

2. At the time Defendant was indicted by the federal grand jury in this case he was in the custody of the State of Iowa.

3. It is in Defendant's interest and the interests of justice that Defendant be returned to the custody of the State of Iowa to continue to serve his sentence and participate in programs as are there available to him.

4.      Defendant understands that he may not receive credit against his eventual federal sentence for time he spends in custody of the State of Iowa during the pendency of this federal criminal proceeding.

Accordingly, IT IS ORDERED:

The United States Marshal shall transfer the custody of Defendant, Jason Ray Tingley, to the State of Iowa at the facility designated by the Iowa Department of Corrections pending disposition of this federal case, subject to Defendant being returned to federal custody and this Court for trial or such other proceedings at which this Court may require the Defendant's presence.

Dated October 13, 2021.

_____
Helen C. Adams
Chief U.S. Magistrate Judge